DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ELVIS MAHIC,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0870

————————————————

July 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Larry Keith Meyer, Jr., Judge.

PER CURIAM.

Affirmed.

SLEET, ATKINSON, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.